### CONNER v. THE STATE.

(Decided December 16, 1915.)

APPEAL from Autauga Circuit Court.

Heard before Hon. W. W. PEARSON.

GUY RICE, and P. E. ALEXANDER, for appellant.  W. L. MARTIN, Attorney General, for the State.

PER CURIAM.—Appeal dismissed on motion of Attorney General.

---

### COSBY v. HICKS, ET AL.

(Decided November 18, 1915.)

APPEAL from Tallapoosa Circuit Court.

Heard before Hon. S. L. BREWER.

No counsel marked for either party.

PER CURIAM.—Appeal dismissed for want of prosecution.

---

### DARNELL v. THE STATE.

(Decided January 13, 1916.)

APPEAL from Gadsden City Court.

Heard before Hon. JAMES A. BILBRO.

No counsel marked for appellant.  W. L. MARTIN, Attorney General, for the State.

PER CURIAM.—Appeal abated by death of appellant.

---

### DUKE v. CITY OF ANNISTON.

(Decided November 11, 1915.)

APPEAL from Anniston City Court.

Heard before Hon. THOMAS W. COLEMAN, JR.

No counsel marked for either party.

PER CURIAM.—Appeal dismissed.